FILED

Rev. 5/20

2021 AUG -2 PM 12: 32

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

## United States District Court
### Middle District of Florida
### Fort Myers Division

Jeremiah J. Neal

*(In the space above enter the full legal name of the plaintiff)*

-against-

Public Defender Office,
State Attorney Office,
Attorney General of
Florida and Govenor of
Florida,

2:21-cv-579-JLB-NPM

Case No. _____
(To be filled out by Clerk's
Office only)

**COMPLAINT**
(*Pro Se* Confined Litigant)

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include
addresses here.)*

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**

Rev. 5/20

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement; claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.    PLAINTIFF INFORMATION

Neal    Jeremiah    J.
Name (Last, First, MI)                                    Aliases

90621, 933435
Identification #

Lee County Core
Place of Detention

2501 Ortiz Ave
Institutional Address

Lee    Fort Myers, Fla.    33905
County, City                    State                    Zip Code

## III.    STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑    Pretrial detainee
☐    Civilly committed detainee
☐    Immigration detainee
☐    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

Rev. 5/20

## IV.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Kathleen A. Smith
Name (Last, First)

Public Defender Office
Current Job Title

2000 Main Street 3rd Floor
Current Work Address

Lee, Fort Myers, Florida 33901
County, City          State          Zip Code


Defendant 2:    Amira D. Foxx
Name (Last, First)

Office of the State Attorney
Current Job Title

2000 Main Street 6th Floor
Current Work Address

Lee, Fort Myers, Florida 33901
County, City          State          Zip Code

Page 3 of 10

Rev. 5/20

**Defendant(s) Continued**

Defendant 3:    Moony , Ashley
Name (Last, First)

Attorney General of Florida
Current Job Title

2110 West First Street
Current Work Address

Lee , Fort Myers   Florida   33901
County, City          State          Zip Code


Defendant 4:    Desancis, Ron
Name (Last, First)

Govenor of Florida
Current Job Title

400 South Monroe Street
Current Work Address

Tallahassee   Florida   32399
County, City          State          Zip Code


[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Rev. 5/20

## V.    STATEMENT OF CLAIM

Place(s) of
occurrence:       _Public Defender Office, Lee County_

Date(s) of occurrence:    _April 1st 2021_

State which of your federal constitutional or federal statutory rights have been violated:

_Amendment Four, Amendment Six,
Amendment Fourteen_

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each
defendant was personally involved in the alleged wrongful actions, state whether you were
physically injured as a result of those actions, and if so, state your injury and what medical
attention was provided to you. All facts shall be set forth in separately numbered paragraphs.
See Fed. R. Civ. P. 10(b).*

FACTS:

_April 1st, 2021, Data Security Breach
(my information was compromised)._

<table>
<tr><td>What<br>happened to<br>you?</td><td></td></tr>
</table>

Rev. 5/20

Mr. Neal alleges that the 20th Judicial Circuit Public Defenders office, the 20th Judicial Circuit State Attorney office, the Attorney General of Florida, and the Governor of Florida violated his rights to an adequate & fair trial and the Due Process to equal Protection clause. The defendants failed to secure and protect Mr. Neal information, the Public Defender is not providing effective counsel for Mr. Neal and refusing to file certain motions and to do as asked.

Who did what?

Mr. Neal hasn't been convicted of a crime. His rights derive from the fourth amendment because Mr. Neal information and personal records have been illegally seized or obtained. The sixth amendment has been violated because Mr. Neal has not had effective assitance of counsel for his Defense. Lastly, Mr. Neal fourteen amendment has been violated because as a non-convicted Pretrial detainee he still has rights and his information has been a direct violation of the due Process and equal Protection clause and he now believes he has been a victim of fraud and identity theft.

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Page 6 of 10

Rev. 5/20

**Was anyone else involved?**

Multiple other individuals have been affected by the data breach as well.

Rev. 5/20

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I would like to be acquited of all charges or taken to trial in a different Jurisdiction; be appointed by a competent defense Attorney and be compensated for all financial and psychological damages. I demand $6,000,000.

I would also like to respectfully request a new identity.

Rev. 5/20

## VIII.   LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

*ALL LITIGANTS MUST ANSWER:.*

Have you to date brought any other lawsuits in state or federal court while a confined?    ☐ Yes    ☒ No

    If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Rev. 5/20

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

July 29, 2021
Dated

Plaintiff's Signature

Neal    Jeremiah  J
Printed Name (Last, First, MI)

90621 , 933435
Identification #

Core
Institutional Name

Fort Myers
City

Fla,
State

33905
Zip Code